JS-6/ENTER

*[Stamps: ENTERED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, SEP 21 2011, CENTRAL DISTRICT OF CALIFORNIA, BY DEPUTY]*

*[Stamps: FILED, SEP 21 2011, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION AT SANTA ANA, BY DEPUTY]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JEREMY LEE HOLLIS,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent. | Case No. CV 11-3455-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: September 19, 2011

*/s/ James V. Selna*

James V. Selna
United States District Judge